186 So. 787

## SALIBA v. STATE.

### 8 Div. 749.

Court of Appeals of Alabama.

Feb. 21, 1939.

F. E. Throckmorton, of Tuscumbia, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.

On the trial the defendant interposed a demurrer to the indictment, which demurrer was, by the Court, overruled. Thereupon, the cause proceeded to trial upon the plea of not guilty, upon which plea was returned a verdict of guilty, and the judgment of the Court was rendered on said verdict.

The demurrer is filed to the indictment as a whole, therefore, if any count of the indictment charges an offense, the demurrer is properly overruled.

We hold that each count of the indictment sufficiently charges the defendant with a violation of the law, and that neither count was subject to the demurrer.

There is no error in the record, and the judgment is affirmed.

Affirmed.